UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                          :

**JAMAR WILLIAMS,**

                          :          **ORDER**

              **Petitioner,**

                          :  **08 Civ. 11354 (SAS) (JCF)**

        **-against-**

                          :

**D. LaCLAIR, Superintendent,**
**Franklin Correctional Facility,**        :

                          :

          **Respondent.**     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        I have reviewed the Report and Recommendation ("R&R") of United

States Magistrate Judge James C. Francis, IV, dated December 16, 2009

(Document # 16), which recommends that I deny the petition for writ of habeas

corpus brought by pro se petitioner Jamar Williams under 28 U.S.C. § 2254.

Although petitioner was given the opportunity to file objections to the R&R, *see*

R&R at 18, he has failed to do so. Based on my independent review, I hereby

adopt the thorough and thoughtful R&R in full.

        In accordance with the R&R, the instant habeas petition is dismissed

with prejudice. Because petitioner's failure to file objections precludes appellate

review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*,

474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992)

("We have adopted the rule that failure to object timely to a report waives any further judicial review of the report."). The Clerk of the Court is directed to dismiss the instant petition and close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              January 12, 2010

## - Appearances -

**Petitioner (Pro Se):**

Jamar Williams
# 06-A-0924
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011

**For Respondent:**

Paul B. Lyons
Assistant Attorney General
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
(212) 416-8229